| UNITED STATES BANKRUPTCY COURT | HEARING DATE: December 4, 2024 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. (in person) |
| WHITE PLAINS DIVISION | OBJECTION DEADLINE: November 27, 2024 |

---------------------------------------------------------x

In re:

JEREMY STITH, *aka* Jeremy Christian Stith,

                     Debtor.

Case No. 24-22306-cgm

(Chapter 13)

---------------------------------------------------------x

# ORDER DIRECTING DARREN ARONOW, ESQ. TO SHOW CAUSE

WHEREAS, on April 8, 2024, Darren Aronow, Esq. filed a chapter 13 petition on behalf of the Debtor, as the Debtor's bankruptcy counsel; and

WHEREAS, on April 23, 2024, Mr. Aronow filed a chapter 13 plan (the "Plan") on the Debtor's behalf; and

WHEREAS, on May 24, 2024, creditor Spring Valley Housing filed an Objection to the Plan (the "Objection"); and

WHEREAS, on July 30, 2024, Mr. Aronow filed an amended Plan (the "Amended Plan"); and

WHEREAS, on October 9, 2024, the Court held a hearing on the Objection and confirmation of the Amended Plan (the "Confirmation Hearing"); and

WHEREAS, Mr. Aronow failed to appear at the Confirmation Hearing; it is hereby

ORDERED, that Darren Aronow, Esq. appear **in person** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, White Plains Division, 300 Quarropas Street, Courtroom 621, White Plains, New York 10601, on Wednesday, December 4, 2024, at 9:00 a.m., and show cause why he should not be sanctioned for his failure to adequately represent the Debtor; and it is further

ORDERED, that sanctions, including but not limited to, disgorgement of attorney's fees and referral to the Grievance Committee, may be imposed.



**Dated: November 12, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**