Jeremy Stith
71 Gesner Dr
Spring Valley, NY 10977
329-222-7274
JeremyStith1979@aol.com
October 6, 2025

The Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
James S. Foley, U.S. Courthouse
355 Main Street
Poughkeepsie, NY 12601

Jeremy Stith, Case No. 24-22306

Dear Honorable Judge Morris,
I am writing to you today with a profound sense of urgency regarding my Chapter 13 bankruptcy case. The immense stress of my current situation is taking a severe toll on my physical health. I have previously undergone triple bypass heart surgery, an experience that nearly cost me my life, and I am genuinely afraid that the constant worry about losing my home is putting me at risk of having a heart attack. This fear for both my home and my health is overwhelming. I just want to save my home and my health. I am going through so much and I am very nervous and very scared.
I have lived in my apartment complex for 45 years and I am very serious about keeping my Chapter 13 case active. I do not want the case to be dismissed and I do not want to become homeless. My active and ongoing participation in this Chapter 13 case, with all payments kept current and in good standing for the last 16 months, demonstrates my profound commitment to resolving my financial obligations.
I contacted my landlord, Mr. Burell, who advised me to contact his legal representation, Finger & Finger. My hope is to establish a payment arrangement for the back rent that I fell behind on. To be clear, my primary goal is to continue with my existing Chapter 13 plan while establishing a separate and fair payment arrangement for these rent arrears.
I am taking every possible step to resolve this. I am proactively working with both the Department of Social Services and Catholic Charities for assistance, although I am told this help may not.available. I am also working with the housing authority to adjust my current rent to reflect my new income. Furthermore, my former partner, Uvaldo Armijo, wishes to return and help me resolve this. If we can find a path forward, I can add him back to my lease, regain my previous employment as his home aide, and stabilize my financial situation.
I am serious about taking all necessary steps to work with the court and my landlord to rectify this situation. I am sincerely pleading for an opportunity to do so. Thank you for your time and consideration. I am hopeful we can reach a resolution.
Respectfully,
Jeremy Stith