| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: November 5, 2025<br>Time: 9:00 AM |

------------------------------------------------------------X
In re:                                                                  Chapter 13
                                                                              Case No.: 24-22306-cgm
        JEREMY STITH,

                           Debtor.
------------------------------------------------------------X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE THAT PLEASE TAKE NOTICE THAT upon the annexed affirmation of John Lehr dated October 22, 2025, John Lehr, P.C. shall move before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, on October 8, 2025 at 9:00 a.m., or as soon as counsel can be heard, for the entry of an Order pursuant to Local Bankruptcy Rule 2090-1(e), allowing John Lehr, P.C. to withdraw as counsel for the above referenced debtor.

      The hearing will be conducted by the Court using Zoom for Government. If you wish to attend the hearing, you must register your appearance utilizing the Electronic Appearance portal located on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be registered no later than 4:00 pm two business days prior to the hearing date.

      PLEASE TAKE FURTHER NOTICE that pursuant to General Order M-543 all hearings and conferences scheduled to be held in courthouses comprising the Manhattan Division, White Plains Division, and Poughkeepsie Division of the Bankruptcy Court will be conducted virtually using Zoom for Government. All attorneys, witnesses and parties wishing to appear at, or attend, the hearing must refer to the Honorable Cecelia G. Morris' guidelines for Zoom Appearances and make the necessary arrangements.

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief the Applicant seeks to obtain must be in writing, conform to the requirements of the Bankruptcy Code, the

Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and must be filed and served no later than three (3) business day prior to the hearing Date ("Objection Deadline").

PLEASE TAKE FURTHER NOTICE that pursuant to General Order M-242, any objection filed by parties with representation shall be filed on or before the Objection Deadline (i) through the Bankruptcy Court's Electronic Filing System which may be accessed at the Bankruptcy Court's internet web at http://www.nysb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion.

PLEASE TAKE FURTHER NOTICE that any party that is either without legal representation, or that is unable to file documents electronically or create documents in PDF format, shall file its objection on or before the Objection Deadline in either Word, WordPerfect or DOS text (ASCII) format on 3-1/2" floppy diskette in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the documents.

PLEASE TAKE FURTHER NOTICE that a "hard copy" of any objections must be delivered to the Chambers of the Honorable Cecelia G. Morris on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that objections, if any, must be served in accordance with the provisions of General Order M-242 so that they are received on or before the Objection Deadline by John Lehr, P.C., at 23 Raybor Road, Commack, New York 11725.

Dated: Melville, New York
      October 22, 2025

                                      By:    */s/John Lehr*
                                                   John Lehr, Esq.
                                                   John Lehr, P.C.
                                                   23 Raybor Road

Commack, New York 11725
Phone: (516) 200-3523

| UNITED STATES BANKRUPTCY COURT | Hearing Date: November 5, 2025 |
| SOUTHERN DISTRICT OF NEW YORK | Time: 9:00 AM |

-------------------------------------------------------------X
In re:                                         Chapter 13
                                               Case No.: 24-22306-cgm
      JEREMY STITH,

                               Debtor.
-------------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF THE JOHN LEHR, P.C.'S
## MOTION TO WITHDRAW AS ATTORNEYS FOR THE DEBTOR

      John Lehr, Esq., of John Lehr, P.C. (the "Firm"), attorneys for the debtor, Jeremy Stith ("Debtor"), respectfully shows this Honorable Court and represents as follows:

      1.      I am the principal of the Firm and am fully familiar with the facts and circumstances of this case.

      2.      I hereby submit this Affirmation in support of the Firm's motion (the "Motion") seeking to withdraw as counsel for the Debtor.

      3.      The Rules of Professional Conduct provides in Rule 1.16(c)(7) that an attorney may withdraw from the representation of a client when "the client insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law."

      4.      SDNY LBR 2090-1(e) provides that an attorney of record may withdraw or be replaced "only by order of the Court for cause shown" SDNY LBR 2090-1(e).

      5.      At the time of filing, the Debtor was in arrears on the residential lease with Spring Valley Housing Authority (the "Landlord") for his home by approximately $43,141.00.

1

6. In the instant matter the Firm took over representation of the Debtor in this matter after the Debtor's prior attorney had failed to appear at a confirmation hearing and the plan that was filed was denied confirmation by the Court.

7. After retention the Firm spent many hours negotiating with the Landlord and was able to come to an agreement with the Landlord that allowed the Debtor to reinstate his residential lease over 36 months through the chapter 13 plan.

8. The Firm also filed objections to five unsecured claims filed in the case which were approved by the Court at Docket Numbers 53, 54, 55, and 56.

9. The Chapter 13 Plan was confirmed by the Court on July 14, 2025.

10. The Firm filed an application for approval of professional fees in the total amount of $4,000.00 which was approved by Court Order entered on August 29, 2025.

11. The Chapter 13 Plan was confirmed by the Court on July 14, 2025.

12. On September 9, 2025 the Landlord filed a motion for relief from stay asserting that the Debtor had no made post-petition rent payments for July, August, and September 2025 as a basis for relief.

13. I spoke with the Debtor concerning the motion. Despite my requests the Debtor did not provide me with a tangible basis in law or fact to oppose the motion. As a result, my office did not file opposition to the Landlord's motion and also did not appear at the hearing on said motion that was scheduled for October 8, 2025.

14. The Debtor filed an objection to the Landlord's Motion that the Firm takes no position on, except to state that it does not believe that the Debtor sets forth grounds to deny the motion based in law or fact.

15. It is the Firm's position that the Debtor's argument for denial of the Landlord's motion is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law. As a result, the Firm respectfully requests that it be relieved as counsel to the Debtor.

16. No prior request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Firm respectfully requests that this Court enter an Order (i) authorizing and approving the Firm's withdrawal as attorneys for the Debtor, (ii) staying any pending deadlines in the case for a 30-day period to allow the Debtor to retain new counsel; and (iii) granting such further relief as the Court deems proper.

Dated: Melville, New York
October 22, 2025

*/s/John Lehr*
John Lehr, Esq.
John Lehr, P.C.
23 Raybor Road
Commack, New York 11725
Phone: (516) 200-3523