UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:                                                    Chapter 13

Jeremy Stith,                                             Case No. 24-22306 (CGM)

                        Debtor.

------------------------------------------------------------------------x

# ORDER SANCTIONING COUNSEL AND
# DIRECTING DISGORGEMENT OF CERTAIN FEES FOR FAILURE
# TO WITHDRAW AS COUNSEL AND FAILURE TO APPEAR AT A HEARING

WHEREAS on October 8, 2025, the Court scheduled a hearing in the above-captioned Chapter 13 case whereby parties were directed to appear before the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York on October 8, 2025 at 9:00 a.m. (ET) (the "Hearing");

WHEREAS counsel for Debtor failed to appear at the Hearing, failed to request in advance any adjournment of the Hearing, and failed to file a motion seeking to withdraw as counsel to Debtor;

WHEREAS Debtor indicated at the Hearing that his counsel withdrew as counsel without seeking prior approval of the Court in violation of Local Bankruptcy Rule 2090-1(e) and Model Rule of Professional Responsibility 1.16(c);

WHEREAS the Court issued an *Order to Show Cause for Debtors Counsels Failure to Appear and Failure to Withdraw as Counsel* [ECF No. 65] returnable on October 22, 2025;

WHEREAS Debtor's counsel appeared at the October 22, 2025, hearing and explained that he did not appear at the October 8, 2025, Hearing because the matter was outside of his retention agreement with the Debtor without informing the Court of the same;

WHEREAS Debtor's counsel indicated at the October 22, 2025, hearing that he received a total of $4,100.00 from Debtor for legal services rendered, pursuant to the *Order Granting Application for Final Professional Compensation* [ECF No. 58];

WHEREAS the Court ordered Debtor's counsel to remit $200.00 to Debtor by October 23, 2025 for his failure to appear at the Hearing, failure to inform the Court of his intention to not appear at the Hearing, and failure to withdraw as counsel;

NOW THEREFORE, IT IS HEREBY

**ORDERED**, that counsel for the Debtor, John Lehr, Esq., shall return $200.00 to the Debtor by October 23, 2025; and it is further

**ORDERED**, that counsel for Debtor shall file by no later than October 24, 2025, an affidavit reflecting compliance with the aforementioned disgorgement of fees; and it is further

**ORDERED**, that counsel for Debtor shall file a motion to withdraw as counsel to Debtor prior to November 5, 2025.

**IT IS SO ORDERED**.



**Dated: October 23, 2025**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**